David R. Socher (Bar No. 158023)
DAVID R. SOCHER ATTORNEY AT LAW, PC
3443 Golden Gate Way, Suite F
Lafayette, California  94549
Telephone: (925) 962-9191
Facsimile: (925) 962-9199
Email: david@drsocher.com

JEFFREY M. COHON, ESQ. (CSBN 131431)
HENRY NICHOLLS, ESQ. (CSBN 126129)
COHON & POLLAK, LLP
10250 Constellation Boulevard, Suite 2320
Los Angeles, California 90067
Tel:   310/231-4470
Fax:   310/231-4610

Attorney for Defendants, A1 SOLAR POWER,
INC., DAVID MALKA, SHRAGA AGAM and
PATRICK DETCHMAN

DAVID R. SOCHER ATTORNEY AT LAW
3443 GOLDEN GATE WAY, SUITE F
LAFAYETTE, CALIFORNIA 94549

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>A1 SOLAR POWER, INC., a California Corporation; A1 SOLAR POWER, LLC,. a California limited liability company; PATRICK DETCHMAN, an individual; DAVID MALKA, an individual; SHRAGA AGAM, an individual; JACOB SHERF, an individual; IMAGE HOME DESIGN, INC., a California corporation (aka California Preferred Builders, Inc.); SMART ENERGY SOLAR, INC., a California corporation; LEOBARDO JOAQUIN BAUTISTA, an individual (aka Bautista Leo Joaquin); UNITED EXPRESS CONSTRUCTION, INC., a California Corporation; AMER DUYED, an individual; FREDI HAMIAS, an individual; TREEIUM INC., a California Corporation; MOTY GINSBURG, an individual; SOLARCITY CORPORATION, a Delaware Corporation; JAMES HENRY CAHILL. an individual: BENJAMIN | Case No.  '16CV0383 JLS  NLS<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1331 (FEDERAL QUESTION)**<br><br> [Filed concurrently with:<br>(1) Notice to All Parties;<br>(2) Corporate Disclosure Statement;<br>(3) Declaration of Henry Nicholls]<br><br>Action Filed: October 20, 2015 |

1

JEREMIAH LIU, an individual;
LYNDON ROBERT RIVE, an
individual; PETER JOSHUA RIVE, an
individual; BRIAN LEE ZIMMERLY, an
individual; Delaware Corporation;
RENEHOMES, INC., a Delaware
Corporation; JINHUI CHEN, an individual;
JOHN DOES 1 -100; ABC CORPORATIONS
1- 100,

                  Defendants.

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND TO ALL OTHER PARTIES:**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Al SOLAR POWER, INC., DAVID MALKA, SHRAGA AGAM and PATRICK DETCHMAN (hereinafter referred to collectively as "A1 Solar Power Defendants"), through their counsels of record David R. Socher Attorney at Law, PC and Cohon & Pollak, hereby file this Notice , in order to remove to the United States District Court for the Southern District of California, the state court action, Case No. 37-2015-00035326-CU-BT-CTL in the Superior Court of the State of California for the County of San Diego, further described below. The basis for removal is federal question jurisdiction pursuant to 28 U.S.C. § 1331.

## I.    <u>INTRODUCTION</u>

Plaintiff ANTON EWING (hereinafter "Plaintiff') filed an action against the A1 Solar Power Defendants and others, Case No. 37-2015-00035326-CU-BT-CTL in the Superior Court of the State of California for the County of San Diego. Plaintiff's Complaint was filed on October 20, 2015, and alleges causes of action for violations of California's Invasion of Privacy Act, 18 U.S.C. § 1964(c); 47 U.S.C. §227; Fraud; Trespass to Chattles; Caller ID Spoofing; and the Business and

DAVID R. SOCHER ATTORNEY AT LAW
3443 GOLDEN GATE WAY, SUITE F
LAFAYETTE, CALIFORNIA 94549

**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28
U.S. CODE § 1331 (FEDERAL QUESTION)**

Professions Code. (Declaration of Henry Nicholls, ¶ 2, Exhibit A).

In compliance with 28 U.S.C. § 1446(a), attached hereto as Exhibits A through W are the true and correct copies of all process, pleadings, and orders served upon defendants in the state court action Case No. 37-2015-00035326-CU-BT-CTL and in the previous federal court action Case No. 3:15-cv-02695-LAB-DHB.

Plaintiff's Complaint alleges violations of several federal statutes, thus providing this Court with jurisdiction under 28 U.S.C. § 1331.

28 U.S.C. § 1446(a)(2)(C) provides, "If defendants are served at different times, and a later-served defendant files a notice of removal, any earlier-served defendant may consent to the removal even though that earlier-served defendant did not previously initiate or consent to removal."

In the instant action, on December1, 2015 Defendants SMART ENERGY SOLAR, INC. and LEOBARDO JOAQUIN BAUTISTA (hereafter referred to as the "Smart Energy Defendants") filed a notice of removal of this action setting additional grounds for federal question jurisdiction under 28 U.S.C. § 1331. On December 21, 2015, the Smart Energy Defendants filed an amended notice of removal of this action setting forth federal question jurisdiction under 28 U.S.C. § 1331. The removed action was designated as Case No. 3:15-cv-02695-LAB-DHB and was assigned to the Honorable Larry Alan Burns of this Court. (Declaration of Henry Nicholls, ¶ 3, Exhibits M and P).

On December 7, 2015, Plaintiff filed a Motion to Remand this action to state court. (Declaration of Henry Nicholls, ¶ 4, Exhibit O).

On January 7, 2016, Plaintiff and the Smart Energy Defendants entered into a joint stipulation to remand this action to state court in connection with their settlement of Plaintiff's claims against the Smart Energy Defendants. (Declaration of Henry Nicholls, ¶ 5, Exhibit U).

DAVID R. SOCHER ATTORNEY AT LAW
3443 GOLDEN GATE WAY, SUITE F
LAFAYETTE, CALIFORNIA 94549

3

On January 14, 2016, the Honorable Larry Alan Burns of this Court entered an order pursuant to the Stipulation of January 7, 2016, remanding this action to state court. (Declaration of Henry Nicholls, ¶ 6, Exhibit V).

The United States District Court for the Southern District of California has jurisdiction over this action under 28 U.S.C. § 1331, and this action is removable under 28 U.S.C. 1441(c)(1)(A) in that this is a civil action involving claims brought under federal statutes.

Venue is proper in this division, under 28 U.S.C. § 1446(a), because this division embraces the County of San Diego, the County wherein the state court action is currently pending.

Written notice of the filing of this Notice will be promptly served on Plaintiff and all other Defendants, and a copy will be filed promptly with the Superior Court of the State of California for the County of San Diego, pursuant to 28 U.S.C. § 1446(d).

## II.   FEDERAL QUESTION JURISDICTION EXISTS

Federal question jurisdiction exists under 28 U.S.C. 1441(c)(1)(A) in that Plaintiff is claiming violations of 18 U.S.C. § 1964(c) and 47 U.S.C. § 227. These are questions arising under the laws of the United States, which are wholly apparent from the face of Plaintiff's Complaint.

Specifically, the second cause of action in Plaintiff's Complaint is brought under 18 U.S.C. § 1964(c) and concerns allegations of racketeering, in which Congress enacted the Racketeer Influenced and Corrupt Organizations statute (RICO). Plaintiff's Complaint alleges that "Defendants have engaged in predicate acts of wire fraud and money laundering which supports the claim of violation of 18 U.S.C. § 1962(d) and (c), conspiracy to conduct racketeering affairs through a pattern of racketeering activity." (Exhibit A, Plaintiff's Complaint, ¶ 117).

DAVID R. SOCHER ATTORNEY AT LAW
3443 GOLDEN GATE WAY, SUITE F
LAFAYETTE, CALIFORNIA 94549

4

The third cause of action in Plaintiff's Complaint asserts a violation of 47 U.S.C. § 227 which alleges prohibited "calling [of] any number on the national Do Not Call list." Plaintiff claims that the A1 Solar Power Defendants "violated the automated-call requirements under 47 U.S.C. § 227(b)(3) and willfully and knowingly violated the do-not-call-list requirements under 47 U.S.C. § 227(c)(5)." (Exhibit A, Plaintiff's Complaint, ¶ 140).

## III.   SUPPLEMENTAL JURISDICTION EXISTS

Supplemental jurisdiction exists as to the remainder of Plaintiffs claims, pursuant to 28 U.S.C. § 1337(a). Plaintiffs remaining claims under state law arise out of the same case or controversy as the Federal claims, thus giving this Court supplemental jurisdiction.

## IV.   JOINDER BY ALL DEFENDANTS IS NOT REQUIRED

Generally, all defendants in the state action must join in the notice of removal. *Parrino v. FHP, Inc.* (9th Cir. 1998) 146 F3d 699, 703. When fewer than all defendants have joined the notice of removal, the burden is on the removing defendants to explain the absence of the other defendants. *Prize Frize, Inc. v. Matrix (US.) Inc.* (9th Cir. 1999) 167 F3d 1261, 1266. In the instant action, joinder by all defendants is not feasible, and as such, not required. Based on Defendants' evaluation of the state court docket, Plaintiff has not filed proper proof of service documents demonstrating that all of the co-defendants in the state court action have been served. (Declaration of Henry Nicholls, ¶ 7).

Those named as defendants, but not yet served in the state court action, need not join the notice of removal. *Desino v. Reiswig* (9th Cir. 2011) 630 F3d 952, 955. Thus, a defendant who has been served or who has otherwise acquired notice of a state court action need not seek out and notify codefendants who have not yet been served to ask them to join in the removal. See *Gossmeyer v. McDonald* (7th Cir.

DAVID R. SOCHER ATTORNEY AT LAW
3443 GOLDEN GATE WAY, SUITE F
LAFAYETTE, CALIFORNIA 94549

**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S. CODE § 1331 (FEDERAL QUESTION)**

1997) 128 F3d 481, 489. Based on the foregoing reasons, Defendants need not seek out and notify the other defendants and ask them to join in the instant removal.

Notwithstanding, Defendants have made a reasonable and good-faith effort to provide written notice of the filing of this Notice for Removal to the other defendants, based on the addresses of said co-defendants as provided within Plaintiffs claimed "proof of service" documents.

## V.    CONCLUSION

Because this action involves federal question jurisdiction, and the requirements of supplemental jurisdiction are satisfied, the requirements for removal are satisfied and this Court has jurisdiction.

This Notice and all Exhibits attached hereto are signed pursuant and subject to the certification requirements of Rule 11 of the Federal Rules of Civil Procedure.

Base on the foregoing, further proceedings in Case No. 37-2015-00035326-CU-BT-CTL in the Superior Court of the State of California for the County of San Diego must be discontinued, and this action shall be removed to the United States District Court for the Southern District of California.

Dated: February 11, 2016          DAVID R. SOCHER ATTORNEY AT LAW, PC


                                  By: ____/s/ David R. Socher_____
                                  David R. Socher, Esq.
                                  Attorney for Defendants, A1 SOLAR
                                  POWER, INC., DAVID MALKA,
                                  SHRAGA AGAM and PATRICK
                                  DETCHMAN

DAVID R. SOCHER ATTORNEY AT LAW
3443 GOLDEN GATE WAY, SUITE F
LAFAYETTE, CALIFORNIA 94549

6

**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28**
**U.S. CODE § 1331 (FEDERAL QUESTION)**

1

2

3 Dated: February 11, 2016          COHON & POLLAK, LLP

4

5                                          By:  ___/s/  Henry Nicholls_____

6                                               Henry Nicholls, Esq.
                                               Attorney for Defendants, A1 SOLAR
7                                              POWER, INC., DAVID MALKA,
                                               SHRAGA AGAM and PATRICK
8                                              DETCHMAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28**

**U.S. CODE § 1331 (FEDERAL QUESTION)**

DAVID R. SOCHER ATTORNEY AT LAW
3443 GOLDEN GATE WAY, SUITE F
LAFAYETTE, CALIFORNIA 94549

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Ave., Suite 2320, Los Angeles, California 90067.

On February 11. 2016, I served the foregoing document identified as **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1331 (FEDERAL QUESTION)** on the interested parties in this action:

x  by placing   the original  x  a true copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

X   BY MAIL

X   I deposited such envelope in the mail at Los Angeles, California.

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on February 11. 2016 at Los Angeles, California.

(State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_ (Federal)   I declare that I am a member of the bar of this Court. _____

___/s/  Henry Nicholls_____
Henry Nicholls

NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28
U.S. CODE § 1331 (FEDERAL QUESTION)

## SERVICE LIST

Anton Ewing
3077 Clairemont Drive #372
San Diego, CA 92117
Tel: (619) 719-9640

Paul J. Nolan
Kamran M. Shahabi
WOOD, SMITH, HENNING & BERMAN LLP
9333 Fairway View Place, Suite 200
Rancho Cucamonga, California 91730-3824
Phone: 909 987 5240

Matthew Gunawan, Registered Agent
Renehomes, Inc.
301 Howard Street., Suite 850
San Francisco. CA 94105

Treeium Inc.
5253 Laurel Canyon Boulevard, Suite 200
Valley Village, CA 91607

Jacob Sherf
Image Home Design, Inc.
20335 Ventura Blvd., Suite 422
Woodland Hills, CA 91364

Renesola America Inc.
CT Corporation System
818 West 7th Street, Suite 930
Los Angeles, CA 90017

SolarCity Corporation
CT Corporation System
818 West 7th Street, Suite 930
Los Angeles, CA 90017

Moty Ginsburg
Treeium Inc.
6440 Lusk Boulevard, Suite D-209
San Diego, CA 92121

Ameer Duyeb
United Express Construction, Inc.
1550 Erwin Street, Suite 1001
Van Nuys, CA 91411

DAVID R. SOCHER ATTORNEY AT LAW
3443 GOLDEN GATE WAY, SUITE F
LAFAYETTE, CALIFORNIA 94549

9

**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28**

**U.S. CODE § 1331 (FEDERAL QUESTION)**