Anton Ewing
3077 Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, | Case No.:  16-cv-00383-JLS-NLS |
| PLAINTIFF, | **JOINT MOTION TO DISMISS ENTIRE ACTION AS TO DEFENDANTS RENESOLA AMERICA, INC., RENEHOMES, INC., AND JINHUI CHEN WITH PREJUDICE** |
| v. | |
| A1 SOLAR POWER, INC., a California Corporation; A1 SOLAR POWER, LLC., a California limited liability company; PATRICK DETCHMAN, an individual; DAVID MALKA, an individual; SHRAGA AGAM, an individual; JACOB SHERF, an individual; IMAGE HOME DESIGN, INC., a California corporation (aka California Preferred Builders, Inc.); SMART ENERGY SOLAR, INC. a California Corporation; LEOBARDO JOAQUIN BAUTISTA, an Individual (aka Bautista Leo Joaquin); UNITED EXPRESS CONSTRUCTION INC., a California Corporation; AMER DUYED, an individual, FREDI HAMIAS, an individual; | |

1

JOINT MOTION TO DISMISS WITH PREJUDICE

TREEIUM INC., a California Corporation;  )
MOTY GINSBURG, an individual;  )
SOALRCITY CORPORATION, a Delaware  )
Corporation;  )
JAMES HENRY CAHILL, an individual;  )
BENJAMIN JERAMIAH LIU, an individual;  )
LYNDON ROBERT RIVE, an individual;  )
PETER JOSHUA RIVE, an individual;  )
BRIAN LEE ZIMMERLY, an individual;  )
RENESOLA AMERICA, INC., a Delaware  )
Corporation;  )
RENEHOMES, INC., a Delaware Corporation;  )
JINHUI CHEN, an individual;  )
JOHN DOES 1-100;  )
ABC CORPORATIONS1-100;  )
 )
        DEFENDANTS  )
 )

WHERAS Plaintiff Anton Ewing filed this action against defendants Renesola

America, Inc., Renehomes, Inc., and Junui Chen; and

WHEREAS,  Plaintiff Anton Ewing and defendants Renesola America, Inc.,

Renehomes, Inc., and Junui Chen have reached a full and final settlement of the entire

action, with all parties to bear their own attorneys' fees and costs; and

WHEREAS, plaintiff Anton Ewing and defendants Renesola America, Inc.,

Renehomes, Inc., and Junui Chen have a fully executed settlement agreement; and

WHEREAS plaintiff Anton Ewing agrees to dismiss his complaint against

defendants Renesola America, Inc., Renehomes, Inc., and Junui Chen, only,  with

prejudice.

-2-

**JOINT MOTION TO DISMISS WITH PREJUDICE**

NOW, THEREFORE, the parties request that this Court dismiss this action as to  defendants Renesola America, Inc., Renehomes, Inc., and Junui Chen it its entirety, with prejudice.

The undersigned hereby certifies the content of this document is acceptable to all persons executing this document below.  Pursuant to Civil Local Rule 7.2-c, counsel for said defendants has also submitted a proposed Order for the Court's approval.

DATED: February 25, 2016

**ANTON EWING, IN PRO PER**

DATED: February 25, 2016

**BRYAN R. SNYDER**
**ATTORNEY FOR DEFENDANTS**
RENESOLA AMERICA, INC.,
RENEHOMES, INC., and
JINHUI CHEN.

-3-

**JOINT MOTION TO DISMISS WITH PREJUDICE**

1    BRYAN R. SNYDER, ESQ. (*SBN 125212*)
     **LAW OFFICE OF BRYAN R. SNYDER, APC**.
2    1245 ISLAND AVENUE
     SAN DIEGO, CA. 92101
3    Telephone: (619) 398-8379
     Facsimile: (619) 398-8377
4

5    Attorney for Defendants Renesola America, Inc.,
     Renehomes, Inc., and Jinhui
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11

12

13   ANTON EWING,                              )   Case No.:  16-cv-00383-JLS-NLS
                                                )
14              PLAINTIFF,                      )
                                                )   **CERTIFICATE OF SERVICE OF**
15              v.                              )   **JOINT MOTION TO DISMISS**
                                                )   **ENTIRE ACTION AS TO**
16   A1 SOLAR POWER, INC., a California         )   **DEFENDANTS RENESOLA**
     Corporation; A1 SOLAR POWER, LLC., a       )   **AMERICA, INC., RENEHOMES,**
17   California limited liability company;      )   **INC., AND JINHUI CHEN WITH**
     PATRICK DETCHMAN, an individual;           )   **PREJUCICE; AND ORDER**
18   DAVID MALKA, an individual;                )   **GRANTING JOINT MOTION TO**
     SHRAGA AGAM, an individual;                )   **DISMISS**
19   JACOB SHERF, an individual;                )
     IMAGE HOME DESIGN, INC., a                 )
20   California corporation (aka California      )
     Preferred Builders, Inc.);                 )
21   SMART ENERGY SOLAR, INC. a                 )
     California Corporation;                     )
22   LEOBARDO JOAQUIN BAUTISTA, an              )
     Individual (aka Bautista Leo Joaquin);     )
23   UNITED EXPRESS CONSTRUCTION INC., a        )
     California Corporation;                     )
24   AMER DUYED, an individual,                 )
     FREDI HAMIAS, an individual;               )
25   TREEIUM INC., a California Corporation;     )
     MOTY GINSBURG, an individual;              )
26

27

28
                                              1
     ────────────────────────────────────────────────────────────
                  **JOINT MOTION TO DISMISS WITH PREJUDICE**

| | SOALRCITY CORPORATION, a Delaware | ) |
|---|---|---|
| 1 | Corporation; | ) |
| 2 | JAMES HENRY CAHILL, an individual; | ) |
| | BENJAMIN JERAMIAH LIU, an individual; | ) |
| 3 | LYNDON ROBERT RIVE, an individual; | ) |
| | PETER JOSHUA RIVE, an individual; | ) |
| 4 | BRIAN LEE ZIMMERLY, an individual; | ) |
| 5 | RENESOLA AMERICA, INC., a Delaware | ) |
| | Corporation; | ) |
| 6 | RENEHOMES, INC., a Delaware Corporation; | ) |
| | JINHUI CHEN, an individual; | ) |
| 7 | JOHN DOES 1-100; | ) |
| | ABC CORPORATIONS1-100; | ) |
| 8 | | ) |
| | DEFENDANTS | ) |
| 9 | | ) |
| 10 | | ) |

I hereby certify that on February 2, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing (NEF) to the following:

- **Henry Nicholls**
  hnicholls@cohonpollak.com
- **David Robert Socher**
  david@drsocher.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

**Anton Ewing**
3077 Clairemont Drive
#372
San Diego, CA 92117

-2-

**JOINT MOTION TO DISMISS WITH PREJUDICE**

DATED: February 25, 2015

**BRYAN R. SNYDER**
**California State Bar No.** 125212
**Attorney For Counter- Defendant,**
**AARON FREISER**
LAW OFFICE OF BRYAN R. SNYDER, APC.
1245 Island Avenue
San Diego, California 92101
Telephone: (619) 398-8379
Facsimile: (619) 398-8377
BSnyder@sdtrialattorney.com

-3-
**JOINT MOTION TO DISMISS WITH PREJUDICE**