# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>A1 SOLAR POWER, INC. ET AL<br><br>　　　　　　　　　　Defendants. | CASE NO. 16cv00383 - LAB (RBB)<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE AS TO DEFENDANTS RENESOLA AMERICA, INC., RENEHOMES, INC., AND JINHUI CHEN** |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties' joint motion to dismiss with prejudice the claims against Defendants Renesola America, Inc., Renehomes, Inc., and Jinhui Chen is **GRANTED**.

　　　　**IT IS SO ORDERED**.

DATED: February 29, 2016

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge