NUNC PRO TUNC
2/18/2016

FILED

Mar 15 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ kims          DEPUTY

Anton A. Ewing
1  3077 B Clairemont Drive, #372
   San Diego, CA 92117
2  619-719-9640

3  In Pro Per

4

5          **UNITED STATES FEDERAL DISTRICT COURT**

6          **SOUTHERN DISTRICT OF CALIFORNIA**

7

8  | Anton Ewing ,                              ) Case N0.  16 CV 0383-JLS-NLS
9  |             Plaintiff,                     ) **NOTICE OF PLAINTIFF'S**
   |                                            ) **MOTION FOR REMAND TO**
10 |   vs.                                      ) **STATE SUPERIOR COURT**
11 | A1 SOLAR POWER, INC., a California         ) 28 USC §1441 et. seq.
   | Corporation;                              )
12 | A1 SOLAR POWER, LLC, a California          )
   | limited liability company;                )
13 | PATRICK DETCHMAN, an individual;          )
14 | DAVID MALKA, an individual;               ) Hearing date: April 7, 2016
   | SHRAGA AGAM, an individual;               ) Time: 1:30 PM
15 | JACOB SHERF, an individual;               ) Courtroom: 4A
   | IMAGE HOME DESIGN, INC., a                 ) District Judge: Janice L. Smmartino
16 | California corporation (aka California     )
17 | Preferred Builders, Inc.);                )
18 | SMART ENERGY SOLAR, INC, a                 ) [Superior Court Case No.
   | California corporation;                    ) 37-2015-00035326-CU-FR-CTL]
19 | LEOBARDO JOAQUIN BAUTISTA,                 )
   | an individual (aka Bautista Leo            )
20 | Joaquin);                                  )
21 | UNITED EXPRESS                             )
   | CONSTRUCTION, INC., a California           )
22 | Corporation;                              )
23 | AMER DUYED, an individual;                 )
   | FREDI HAMIAS, an individual;               )
24 | TREEIUM, Inc., a California                )
   | corporation;                              )
25 | MOTY GINSBURG, an individual;              )

FEB 1 8 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED          CV 2695

NOTICE OF PLAINTIFF'S MOTION FOR REMAND TO STATE SUPERIOR COURT - 1

| | |
|---|---|
| 1 | SOLARCITY CORPORATION, a<br>Delaware Corporation; |
| 2 | JAMES HENRY CAHILL, an<br>individual; |
| 3 | BENJAMIN JEREMIAH LIU, an<br>individual; |
| 4 | LYNDON ROBERT RIVE, an<br>individual; |
| 5 | PETER JOSHUA RIVE, an individual; |
| 6 | BRIAN LEE ZIMMERLY, an<br>individual; |
| 7 | RENESOLA AMERICA INC., a |
| 8 | Delaware Corporation;<br>RENEHOMES, INC., a Delaware |
| 9 | Corporation; |
| 10 | JINHUI CHEN, an individual; |
| 11 | JOHN DOES 1-100;<br>ABC CORPORATIONS 1-100; |
| 12 | Defendants. |

TO THE COURT AND ALL PARTIES AND THEIR ATTTORNEYS:

Please take notice that the federal district court will hear a motion for remand  to the state Superior Court on April 7, 2016, at 1:30 PM in Courtroom 4A, before the Honorable District Judge Janice L. Sammartino, 333 West Broadway, San Diego, California 92101.

Said motion will be based on the pleadings, exhibits and any oral argument if requested by the Court.

Dated this 18th day of February, 2016

/s/ Anton Ewing
Anton Ewing

NOTICE OF PLAINTIFF'S MOTION FOR REMAND TO STATE SUPERIOR COURT - 2

15CV2695

1  Anton A. Ewing
   3077 B Clairemont Drive, #372
2  San Diego, CA 92117
   619-719-9640

3  In Pro Per

4

5              UNITED STATES FEDERAL DISTRICT COURT

6              SOUTHERN DISTRICT OF CALIFORNIA

7

8  Anton Ewing ,                        )  Case N0.  16 CV 00383-JLS-NLS

9            Plaintiff,                  )  **MEMORANDUM OF POINTS AND**
                                         )  **AUTHORITIES IN SUPPORT OF**
10         vs.                           )  **PLAINTIFF'S MOTION FOR**
                                         )  **REMAND TO STATE SUPERIOR**
11 A1 SOLAR POWER, INC., a California    )  **COURT**
   Corporation;                         )
12 A1 SOLAR POWER, LLC, a California     )  28 USC §1441 et. seq.
   limited liability company;           )
13 PATRICK DETCHMAN, an individual;     )
14 DAVID MALKA, an individual;          )
   SHRAGA AGAM, an individual;          )  Hearing date: April 7, 2016
15 JACOB SHERF, an individual;          )  Time: 1:30 PM
                                         )  Courtroom: 4A
16 IMAGE HOME DESIGN, INC., a           )  Judge: Hon. Janice  L. Sammartino
   California corporation (aka California )
17 Preferred Builders, Inc.);           )
18 SMART ENERGY SOLAR, INC, a           )
   California corporation;              )
19 LEOBARDO JOAQUIN BAUTISTA,           )  [Superior Court Case No.
   an individual (aka Bautista Leo       )  37-2015-00035326-CU-FR-CTL]
20 Joaquin);                            )
21 UNITED EXPRESS                        )
   CONSTRUCTION, INC., a California     )
22 Corporation;                         )
23 AMER DUYED, an individual;           )
   FREDI HAMIAS, an individual;         )
24 MOTY GINSBURG, an individual;        )
25 TREEIUM, Inc., a California          )
   corporation;                         )

FEB 1 8 2016    16CV0383
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

SOLARCITY CORPORATION, a
Delaware Corporation;
JAMES HENRY CAHILL, an
individual;
BENJAMIN JEREMIAH LIU, an
individual;
LYNDON ROBERT RIVE, an
individual;
PETER JOSHUA RIVE, an individual;
BRIAN LEE ZIMMERLY, an
individual;
RENESOLA AMERICA INC., a
Delaware Corporation;
RENEHOMES, INC., a Delaware
Corporation;
JINHUI CHEN, an individual;
JOHN DOES 1-100;
ABC CORPORATIONS 1-100;

      Defendants.

## MEMORANDUM OF POINTS AND AUTHORITIES

## STANDARD APPLICABLE TO PRO SE

This motion for remand is written by an unrepresented pro se plaintiff who is not a member of the bar and is to be given wide latitude as such. *Hebbe v. Pliler*, 611 F.3d 1202 (2010) "Pro se documents are to be liberally construed" and "'must be held to 'less stringent standards than formal pleadings drafted by lawyers.'" *Estelle v. Gamble*, 429 U.S. 97, 106, 97 S. Ct. 285, 50 L. Ed. 2d 251 (1976) The *Estelle* case has been upheld 8680 times and never overruled or questioned. *Estelle* has also been cited over 34,000 times.

In *Clark v. Bibb County Board of Education*, 174 F.Supp.2d 1369 (M.D.Ga. 2001), the court succinctly stated: because plaintiff is representing himself in this case, the Court must observe that pro se litigants are entitled to wide latitude when construing their pleadings and papers. See *SEC v. Elliott*, 953 F.2d 1560, 1582 (11th Cir.1992). One court has articulated the underlying policy rationale for this rule as follows: "Implicit in the right to self-representation is an obligation on the part of the court to make reasonable allowances to protect pro se litigants from inadvertent forfeiture of important rights because of their lack of legal training." *Traguth v. Zuck*, 710 F.2d 90, 95 (2d Cir. 1983). See also, *Middleton v. City of Lakeland*, 830 F.Supp. 1449, 1451 (M.D.Fla. 1993) ("The Court must read Plaintiffs *pro se* allegations liberally, holding them to a less stringent standard than those drafted by an attorney.") See *In re O'Malley*, 252 B.R. 451, 456-457 (N.D. Ill. 1999) (though a judge is not to become an advocate for *a pro se* litigant, the court does have a duty to "take appropriate measures that will permit the adjudication of *pro se* claims on the merits, rather than to order their dismissal on technical grounds.") (internal citations omitted); *In re Barrows*, 171 B.R. 455, 459 (D. N.H. 1994) (*pro se* parties' pleading is entitled to a more lenient construction than might otherwise be required in litigation in which both parties are represented by counsel) The U.S. Supreme Court has made clear that a *pro se* complaint is held to "less stringent standards than those  pleadings drafted by lawyers." *Haines v.*

*Kerner,* 404 U.S. 519, 520 (1972); *see also Brown v. Califano,* 75 F.R.D. 499

(D.D.C. 1977).  The equitable reasons for affording *pro se* plaintiffs wide

latitude in constructing their pleadings are simple and obvious.  As one judge has

explained, *pro se* litigants often "are ignorant of the niceties of state and federal

practice, and lack the contacts with the legal profession that the more well-to-do

and assured of our society rely on to prevent having claims barred by statute of

limitations." *Stewart v. United States Postal Service,* 649 F. Supp. 1531, 1535

(S.D.N.Y. 1986) (quoting *Singleton v. City of New York,* 632 F.2d 185, 196 (2d

Cir. 1980)

**BACKGROUND**

This case was originally filed on October 20, 2015 in the Superior Court of

California in and for the County of San Diego as case number 37-2015-00035326.

The case was removed and then remanded back to the Superior Court by the

Honorable District Judge Larry Burns on January 15, 2016.  The original removal

attempt was in fact defective.

Defendants that have settled and been dismissed thus far are:

TREEIUM, Inc., a California corporation;
MOTY GINSBURG, an individual;
SOLARCITY CORPORATION, a Delaware Corporation;
JAMES HENRY CAHILL, an individual;
BENJAMIN JEREMIAH LIU, an individual;
LYNDON ROBERT RIVE, an individual;
PETER JOSHUA RIVE, an individual;
BRIAN LEE ZIMMERLY, an individual;

SMART ENERGY SOLAR, INC, a California corporation;
LEOBARDO JOAQUIN BAUTISTA, an individual (aka Bautista Leo Joaquin).

Additionally, the A1 Solar defendants have responded to state court discovery. That in and of itself is consent to jurisdiction and a fatal move by A1 Solar. They responded to discovery more than 30 day ago.

More than 30 days ago, on December 3, 2015 at 3:43 PM, a registered process server personally served Defendants Malka, Detchman and Agam with a true and correct copy of the Summons and Complaint filed in the Superior Court. See Exhibit "A". On October 23, 2015, Defendant A1 Solar was served with a copy of the Summons and Complaint.   See Exhibit "A". This October 23rd service was not done by fax or "courtesy copy" but rather, it was accomplished by mailing a certified copy of the Summons and Complaint to the agent for service of process for A1 Solar as designated by the California Secretary of State in full compliance with CCP §415.30 by a registered process server. Further, the individual persons Malka, Detchman and Agam were each personally served by a registered process server at their place of employment in full compliance with CCP §415.20.   See Exhibit "A" The attached exhibit shows the proof of service was signed by a registered process server under penalty of perjury. The Removing Defendants do not dispute that they were served.

The caselaw does not actually require formal service however. There are formal service rules that are applicable to the Superior Court obtaining personal

jurisdiction. Those service of process rules are not found in 28 USC §1446(b) and said federal code section does not militate service of process as the sole means to begin the 30 day clock.

A1 Solar's reliance on *Desino v. Reiswig* (9th Cir. 2011) 630 F3d 952 is misguided. What A1 Solar misses is that defendant Renesola America, Inc. had already filed an Answer to the Complaint. A1 Solar thinks that perfect service is require in order to require A1 Solar to obtain this co-defendant's consent to remove. That is simply not true when Renesola consented to the Superior Court's in personan jurisdiction by filing an Answer. Further, the method and manner of service on Renesola was not actually defective.

## REMAND OF CASE TO SUPERIOR COURT IS MANDATORY FOR FAILURE TO COMPLY WITH STRICT REQUIREMENTS OF §1446

A plaintiff objecting to removal may file a motion asking the district court to remand the case to state court. *Caterpillar, Inc. v. Lewis*, 519 U.S. 61, 69, 117 S. Ct. 467, 136 L. Ed. 2d 437 (1996). The Court is requested to take judicial notice of the State Superior Court docket in 37-2015-00035326 at ROA number 8 which was filed with the Clerk of the Superior Court on November 6, 2015. ROA number 8 is a proof of service that declares that all of the corporate defendants where served with the state court Summons and Complaint on October 23, 2015. It does not matter that the proof of service is defective or not. The reality is that

the documents were served pursuant to state law by a process server. These six corporate defendants had been served for purposes of the 30 day removal clock and no consent was obtained from any of them by Defendants A1 Solar, Malka, Detchman or Agam (herein "A1 Defendants"). That is right[1], not even one! Thus, defense counsel for A1 Solar has not obtained the consent of all served defendants in order to properly effect removal. A1 Solar filed its Notice of Removal in the Superior Court on February 11, 2016. For some inexplicable reason, Removing Defendants also filed an Amended Notice of Removal again on February 15, 2016. Therefore, A1 Solar knew of the other served corporate co-defendants and thus had an absolute duty to obtain their consent for federal question jurisdiction. Also, Mr. Socher failed to serve any of the other defendants with his notice of removal which he is required to do.

The **most critical failure**; however, is that it has been more than 30 days since A1 defendants had known about[2] the civil lawsuit filed in state court. The proof of service shows a date of service of October 23, 2015. The Superior Court Registry of Actions shows notice of removal filed by Mr. Socher as February 11, 2016. That is more than 30 days after service. A1 Solar argues that the Supreme Court mandates service of the Summons and Complaint to start the 30 day clock

---

[1] The District Court's law clerk is requested to call each of the other attorneys for the other defendants and ask whether or not A1's attorney contacted them. I did, and the answer was astonishing. No of them ever got a call, text, email, fax or letter. Try it.

[2] Another word for "known about" is "served pursuant to CCP §415.30 by mailing with a return receipt by a registered process server"

required by §1446(b).  Defendant A1 Solar misreads the holding in *Murphy Bros., Inc.,* 526 U.S. 344.  At ECF No. 4, page 6, lines 23-24, Defendant A1 Solar states "Plaintiff simply mailed the summons and complaint to Defendants' counsel's office."  This is deceitful.  What Defendant A1 Solar fails to tell the Court is that Plaintiff Ewing hired a registered process server to comply with state law and the licensed process server mailed the summons and complaint, registered mail, first class postage prepaid with return receipt requested and included therein a self-addressed stamped return envelope for the Acknowledgment.  That act was in full compliance with the state laws regarding service of process.  There is nothing more that Plaintiff could have done to serve or to comply with state law.  Moreover, Defendant A1 Solar's agent for service of process is and was this defense counsel, Mr. Socher[3].  For Mr. Socher to argue that this is somehow irrelevant is bizarre and deceitful.  California state law required the registered process server to mail the summons and complaint to defense counsel, because he is the listed agent.  The Supreme Court held that the above acts are all that is required for the 30 day removal clock to start running.  The Supreme Court did not hold that defendants could play dishonest games and engage in chicanery by surreptitiously and intentionally failing to sign an Acknowledgement for state law service (applicable only to state court jurisdiction issues only).  That would be an absurd holding and a

---

[3] Interestingly, public records indicate that Socher is also the President of A1 Solar.

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND
TO STATE SUPERIOR COURT - 8

total bastardization of the clear language of the removal statute that Congress passed.  The judicial branch does not write the laws.  And defense counsel does not interpret laws.

Defendant's reliance on *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 348, 119 S. Ct. 1322, 143 L. Ed. 2d 448 (1999) is misplaced. *In Murphy Bros.*, the Supreme Court found that "mere receipt of the complaint unattended by any formal service" did not trigger a named defendant's time to remove a case from state court. Id. at 348. "But the decision did not address whether service was a prerequisite for a defendant to be able to remove a case." *Delgado*, 231 F.3d at 177 n.23. (*Sutler v. Redland Ins. Co.* (D.Mass. Oct. 23, 2012, No. 12-10656-RWZ) 2012 U.S. Dist. LEXIS 152049, at *6-7, fn. 4.).  Removing Defendants argue that service of process is a prerequisite and that is simply not true and not the law. Plaintiff never provided Removing Defendants with a "courtesy copy" of the Complaint.  Rather, Plaintiff hired multiple registered private process servers to personally serve the Complaint and to formally mail said documents via registered mail in compliance with the CCP.

*In Murphy Brothers*, the Supreme Court held that "a named defendant's time to remove is triggered by simultaneous service of the summons and complaint, or receipt of the complaint, 'through service or otherwise,' after and apart from service of the summons, but not by mere receipt of the complaint unattended by any

16CV0383

formal service." 526 US. at 347-48, 119 S.Ct. 1322.  See *NXIVM Corp. v. Ross*,

No. 09-CV-338S, 2009 U.S. Dist. LEXIS 52373, 2009 WL 1765240, at *3

(W.D.N.Y. June 22, 2009) ("The [Murphy Brothers] Court never discussed the

defendant's options prior to formal service, nor did it determine that a removal

would be premature if it was filed prior to formal service."); *Soliman v. L-3*

*Communs. Corp.*, No. C 08-04838 WHA, 2008 U.S. Dist. LEXIS 105521, 2008

WL 5383151, at *2 (N.D. Cal. Dec. 24, 2008) ("[The Murphy Brothers Court]

found that, because defendants are not required to respond until they have been

formally served, the 30-day period begins to run only upon service of a summons

or other authority-asserting measure stating the time within which the party served

must appear and defend. It did not address whether a defendant may remove a case

prior to the commencement of that 30-day clock; that is, whether service is a

prerequisite to removal.").  (*King v. United Way of Cent. Carolinas, Inc.*

(W.D.N.C. Aug. 5, 2009, No. 3:09cv164) 2009 U.S. Dist. LEXIS 68401, at *7-8.)

The District Court is respectfully requested to take judicial notice, pursuant

to Federal Rule of Evidence 201, of the filing date in the Superior Court Case

Number 37-2014-00035326-CU-FR-CTL.  Said filing date is October 20, 2015,

with service completed on October 23, 2015 and Removing Defendants receipt of

the Summons, Complaint, Civil Case Cover Sheet, Notice to Litigants, and ADR

forms on October 23, 2015 and December 3, 2015.  The Court is further requested

to take judicial notice of the indisputable principle and concept that October 23, 2015 plus 30 days is November 22nd.  Removing Defendants and Mr. Socher are simply too late.   Further the burden of proof on removal is on the removing Defendants.  Nowhere in the removal notice or the amended removal notice does A1 or its counsel talk about the 30 day requirement.  There is zero analysis, zero discussion, and zero explanation of the 30 day rule for removal.

A defendant "desiring to remove any civil action" from state court to federal court must file a "notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant" in the state action. 28 U.S .C. § 1446(a) (*emphasis added*).  A1 Solar has failed to comply with this express requirement.  "The defendant bears the burden of establishing that removal is proper." *Provincial Gov't of Marinduque v. Placer Dome, Inc.*, 582 F.3d 1083, 1087 (9th Cir. 2009). "The removal statute is *strictly construed* against removal jurisdiction," *id.*, and removal jurisdiction "**must be rejected** if there is any doubt as to the right of removal in the first instance." *Geographic Expeditions, Inc. v. Estate of Lhotka*, 599 F.3d 1102, 1106 (9th Cir. 2010) (internal quotations omitted.) " The 'strong presumption' against removal jurisdiction means that the defendant always has the burden of establishing that removal is proper." *Id.*  28 USC 1446(b)(1) provides that

Defendants had only 30 days after they *knew of* the lawsuit to remove it to federal court. "The notice of removal of a civil action or proceeding **shall** be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…" (emphasis added) Congress put "through service or *otherwise*" and here the "otherwise" is the date the Removing Defendants were provided a copy of the summons and complaint by a registered process server acting pursuant to CCP §415.30. The complaint is the "initial pleading setting forth the claim for relief upon which such action or proceeding is based." Removing Defendants have unreasonably delayed this matter. The reason behind the rule is that Congress wanted cases, if they were to be transferred, to be transferred before significant discovery had been propounded. In this matter, it is simply too late.

A1 Solar was also served with the following discovery pleadings and yet has failed to include them in the removal filing as required by section 1441 et seq.:

1. Form Interrogatories

2. Requests for Admissions

3. Requests for Production of Documents

4. Notice of Dismissal of Solarcity

5. Answers by filed by four other defendants.

Importantly, the Plaintiff has already propounded interrogatories, requests for production of documents, requests for admissions and subpoenas for video depositions of other defendants.  Removing Defendants are unethically trying to achieve a significant and unreasonable delay of these proceeding and an obfuscation and frustration of the discovery process by frivolously removing this case to federal court.

Defense counsel has also failed to file with the federal district court all pleadings and process from the state court.  This violates 28 USC §1446.  Removal statutes are construed restrictively, so as to limit removal jurisdiction, and doubts as to removability are resolved in favor of remanding the case to the state court.  *Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 108-109, 61 S.Ct. 868, 872, 85 L. Ed. 1214 (1941);  *Gaus*, 980 F.2d at 566.  On plaintiff's motion for remand, the defendants seeking removal of the action to federal court have the burden of establishing grounds for federal jurisdiction in the case. *Id.*  Said defendants also have the burden of showing that they have complied with the procedural requirements for removal. *California ex rel. Lockyer v. Dynegy, Inc.*, 375 F.3d 831, 838 (9th Cir. 2004).  Since Removing Defendants have failed to obtain consent of those co-defendants that they knew has been served, and because

the Plaintiff fully complied with the California Code of Civil Procedure[4] §415.30

regarding service of the Summons and Complaint of the agents for service of

process listed with the Secretary of State more than 30 days prior to removal notice

filing, the Removing Defendants have failed to comply with the strict procedural

requirements.

The Court should also note CCP §415.40 which states that service in the

same exact manner via registered mail with return receipt is deemed complete

when the defendant is outside of California.  It reads: "A summons may be served

on a person outside this state in any manner provided by this article or by sending a

copy of the summons and of the complaint to the person to be served by first-class

mail, postage prepaid, requiring a return receipt.  Service of a summons by this

form of mail is deemed complete on the 10th day after such mailing."  The US

Supreme Court did not hold that in-state defendants get to game the system and

extend the 30 day window indefinitely by merely playing dirty-pool with the

Acknowledgment.

Moreover, other defendants have already filed Answers with the Clerk of the

Superior Court.  Mr. Socher failed to include all of those documents with the

removal and has thus frustrated the proceedings in the state court.   28 U.S.C.

---

[4] (a) A summons may be served by mail as provided in this section. A copy of the summons and of the complaint shall be mailed (by first-class mail or airmail, postage prepaid) to the person to be served, together with two copies of the notice and acknowledgment provided for in subdivision (b) and a return envelope, postage prepaid, addressed to the sender. Cal Code Civ Proc § 415.30

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND
TO STATE SUPERIOR COURT - 14

16CV0383

§1446(b)(2) provides: "When a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action." Mr. Socher had notice of the other served corporate defendants because California Superior Court ROA No. 10 told him exactly that. Mr. Socher failed to obtain the consent of "all defendants who have been properly joined and served." Mr. Socher did not even obtain the consent of one other defendant let alone all of them.

The Court should also note that attorney David Socher and Plaintiff have exchanged over 30 emails about this lawsuit dating back to June 8, 2015. It is not like Socher or A1 Solar have just learned about his lawsuit. They have known about it for over 7 months.

The Complaint was served more than 30 days before removal, Mr. Socher failed to serve other defendants who had already been served with this notice of removal, all discovery has already been propounded and this case is mainly about state law illegal recording of calls in violation of Penal Code 632.

Further, the California Secretary of State lists attorney David Socher, Esq. as the agent for service of process for A1 Solar. The attorney was served at the law firm address. The Summons and Complaint did not float around a construction office for weeks and weeks before getting over to the law firm. Further, Mr.

16CV0383

Socher and Plaintiff have had multiple conversations in the months before this filing.  They clearly had more than ample notice.

Removing Defendants have not complied with the technical aspects of removal procedures and jurisdiction and because Removing Defendants have the burden of proof and have not proven compliance, then remand is mandatory.

Dated this 18th day of February, 2016

/s/ Anton Ewing
Anton Ewing

## Cases

*Brown v. Califano*, 75 F.R.D. 499 (D.D.C. 1977) ............................................................................. 4

*California ex rel. Lockyer v. Dynegy, Inc.*, 375 F.3d 831, 838 (9th Cir. 2004) ..........................................13

*Caterpillar, Inc. v. Lewis*, 519 U.S. 61, 69, 117 S. Ct. 467, 136 L. Ed. 2d 437 (1996) ............................... 6

*Clark v. Bibb County Board of Education*, 174 F.Supp.2d 1369 (M.D.Ga. 2001) ...................................... 3

*Estelle v. Gamble*, 429 U.S. 97, 106, 97 S. Ct. 285, 50 L. Ed. 2d 251 (1976) ............................................ 2

*Geographic Expeditions, Inc. v. Estate of Lhotka*, 599 F.3d 1102, 1106 (9th Cir. 2010) ...........................11

*Haines v. Kerner*, 404 U.S. 519, 520 (1972) ................................................................................... 4

*Hebbe v. Pliler*, 611 F.3d 1202 (2010) ........................................................................................... 2

*In re Barrows*, 171 B.R. 455, 459 (D. N.H. 1994)............................................................................. 3

*In re O'Malley*, 252 B.R. 451, 456-457 (N.D. Ill. 1999)..................................................................... 3

*Middleton v. City of Lakeland*, 830 F.Supp. 1449, 1451 (M.D.Fla. 1993) ............................................... 3

*Provincial Gov't of Marinduque v. Placer Dome, Inc.*, 582 F.3d 1083, 1087 (9th Cir. 2009)......................11

*SEC v. Elliott*, 953 F.2d 1560, 1582 (11th Cir.1992)........................................................................... 3

*Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 108-109, 61 S.Ct. 868, 872, 85 L. Ed. 1214 (1941) .................13

*Singleton v. City of New York*, 632 F.2d 185, 196 (2d Cir. 1980)........................................................... 6

*Stewart v. United States Postal Service*, 649 F. Supp. 1531, 1535 (S.D.N.Y. 1986 ................................... 4

*Traguth v. Zuck*, 710 F.2d 90, 95 (2d Cir. 1983) .............................................................................. 3

# EXHIBIT "A"

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Anton Ewing<br>3077 Clairemont Dr., #372<br>San Diego, CA 92117<br><br>TELEPHONE NO.: 619-719-9640   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* anton@antonewing.com<br>ATTORNEY FOR *(Name):* Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego
STREET ADDRESS:  330 West Broadway
MAILING ADDRESS:  330 West Broadway
CITY AND ZIP CODE:  San Diego 92101
BRANCH NAME:  Central Division

| | CASE NUMBER: |
|---|---|
| PLAINTIFF/PETITIONER: Anton Ewing<br><br>DEFENDANT/RESPONDENT: Renehomes, Inc. | 37-2015-00035326 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.
2.  I served copies of:
    a.  [✓] summons
    b.  [✓] complaint
    c.  [✓] Alternative Dispute Resolution (ADR) package
    d.  [✓] Civil Case Cover Sheet *(served in complex cases only)*
    e.  [ ] cross-complaint
    f.  [✓] other *(specify documents):* Notice of Case Management Conference & Noitce to Litigants

3.  a.  Party served *(specify name of party as shown on documents served):*
        Renehomes, Inc.

    b.  [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
        Registered Agent: Matthew Gunawan

4.  Address where the party was served:
    301 Howard St., Ste 850, San Francisco, CA 94105
5.  I served the party *(check proper box)*
    a.  [ ]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*                    (2) at *(time):*
    b.  [ ]  **by substituted service.** On *(date):*               at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

        (1) [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2) [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3) [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4) [ ]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*          from *(city):*          or [ ] a declaration of mailing is attached.

        (5) [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Renehomes, Inc. | 37-2015-00035326 |

5.  c.  ☑  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1)  on *(date):* 10/23/15          (2)  from *(city):* San Diego

      (3)  ☑  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

      (4)  ☐  to an address outside California with return receipt requested.  (Code Civ. Proc., § 415.40.)

    d.  ☐  **by other means** *(specify means of service and authorizing code section):*

      ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    a.  ☐  as an individual defendant.
    b.  ☐  as the person sued under the fictitious name of *(specify):*
    c.  ☐  as occupant.
    d.  ☑  On behalf of *(specify):*
      under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☑ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7.  **Person who served papers**
    a.  Name: Kristin Clover
    b.  Address: 3077 Clairemont Dr., #372, San Diego, CA 92117
    c.  Telephone number:
    d.  **The fee** for service was:  $ 150.00
    e.  I am:
      (1)  ☑  not a registered California process server.
      (2)  ☐  exempt from registration under Business and Professions Code section 22350(b).
      (3)  ☐  a registered California process server:
        (i)  ☐ owner ☐ employee ☐ independent contractor.
        (ii)  Registration No.:
        (iii)  County:

8.  ☑  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **or**

9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 10/23/15

Kristin Clover
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *K. J. Ch* (SIGNATURE )

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Anton Ewing<br>3077 Clairemont Dr., #372<br>San Diego, CA 92117<br><br>TELEPHONE NO.: 619-719-9640    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* anton@antonewing.com<br>ATTORNEY FOR *(Name):* Pro Per | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego |
|---|
| STREET ADDRESS:  330 West Broadway<br>MAILING ADDRESS:  330 West Broadway<br>CITY AND ZIP CODE:  San Diego 92101<br>BRANCH NAME:  Central Division |

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| | 37-2015-00035326 |
| DEFENDANT/RESPONDENT: Renesola America Inc. | |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑  summons
   b. ☑  complaint
   c. ☑  Alternative Dispute Resolution (ADR) package
   d. ☑  Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐  cross-complaint
   f. ☑  other *(specify documents):* Notice of Case Management Conference & Noitce to Litigants

3. a. Party served *(specify name of party as shown on documents served):*
   Renesola America Inc.

   b. ☑  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Registered Agent: CT Corporation System

4. Address where the party was served:
   818 West 7th St., Ste 930, Los Angeles, CA 90017

5. I served the party *(check proper box)*
   a. ☐  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*      (2) at *(time):*
   b. ☐  **by substituted service.** On *(date):*      at *(time):*      I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*      from *(city):*      or ☐  a declaration of mailing is attached.

   (5) ☐  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Renesola America Inc. | 37-2015-00035326 |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* 10/23/15           (2) from *(city):* San Diego

    (3) [✓] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) *(Code Civ. Proc., § 415.30.)*

    (4) [ ] to an address outside California with return receipt requested. *(Code Civ. Proc., § 415.40.)*

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant.
  d. [✓] On behalf of *(specify):*
    under the following Code of Civil Procedure section:

| | |
|---|---|
| [ ] 416.10 (corporation) | [ ] 415.95 (business organization, form unknown) |
| [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
| [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
| [ ] 416.40 (association or partnership) | [✓] 416.90 (authorized person) |
| [ ] 416.50 (public entity) | [ ] 415.46 (occupant) |
| | [ ] other: |

7. **Person who served papers**
  a. Name: Kristin Clover
  b. Address: 3077 Clairemont Dr., #372, San Diego, CA 92117
  c. Telephone number: 619-719-9640
  d. **The fee** for service was: $ 150.00
  e. I am:
    (1) [✓] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] a registered California process server:
      (i) [ ] owner [ ] employee [ ] independent contractor.
      (ii) Registration No.:
      (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 10/23/15

Kristin Clover
<br>(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _(signature)_
<br>(SIGNATURE )

POS-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Anton Ewing<br>3077 Clairemont Dr., #372<br>San Diego, CA 92117<br>TELEPHONE NO.: 619-719-9640   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* anton@antonewing.com<br>ATTORNEY FOR *(Name):* Pro Per | **FOR COURT USE ONLY** |

| |
|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego<br>STREET ADDRESS: 330 West Broadway<br>MAILING ADDRESS: 330 West Broadway<br>CITY AND ZIP CODE: San Diego 92101<br>BRANCH NAME: Central Division |

| | |
|---|---|
| PLAINTIFF/PETITIONER: Anton Ewing | **CASE NUMBER:**<br>37-2015-00035326 |
| DEFENDANT/RESPONDENT: Solarcity Corporation | |

| | |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Notice of Case Management Conference & Noitce to Litigants

3. a. Party served *(specify name of party as shown on documents served):*
      **Solarcity Corporation**

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      **Registered Agent: CT Corporation System**

4. Address where the party was served:
   **818 West 7th St., Ste 930, Los Angeles, CA 90017**
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*     (2) at *(time):*
   b. [ ] **by substituted service.** On *(date):*     at *(time):*     I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*     from *(city):*     **or** [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Solarcity Corporation | 37-2015-00035326 |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* 10/23/15      (2) from *(city):* San Diego

    (3) [✓] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) *(Code Civ. Proc., § 415.30.)*

    (4) [ ] to an address outside California with return receipt requested. *(Code Civ. Proc., § 415.40.)*

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant.
  d. [✓] On behalf of *(specify):*
    under the following Code of Civil Procedure section:

| | |
|---|---|
| [ ] 416.10 (corporation) | [ ] 415.95 (business organization, form unknown) |
| [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
| [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
| [ ] 416.40 (association or partnership) | [✓] 416.90 (authorized person) |
| [ ] 416.50 (public entity) | [ ] 415.46 (occupant) |
| | [ ] other: |

7. **Person who served papers**
  a. Name: Kristin Clover
  b. Address: 3077 Clairemont Dr., #372, San Diego, CA 92117
  c. Telephone number: 619-719-9640
  d. **The fee** for service was: $ 150.00
  e. I am:
    (1) [✓] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] a registered California process server:
      (i) [ ] owner [ ] employee [ ] independent contractor.
      (ii) Registration No.:
      (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 10/23/15

Kristin Clover            ▶ *X [signature]*
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE )

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Anton Ewing<br>3077 Clairemont Dr., #372<br>San Diego, CA 92117 | |

TELEPHONE NO.: 619-719-9640    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):* anton@antonewing.com
ATTORNEY FOR *(Name):* Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego 92101
BRANCH NAME: Central Division

PLAINTIFF/PETITIONER: Anton Ewing

DEFENDANT/RESPONDENT: Treeium Inc.

CASE NUMBER:
37-2015-00035326

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Notice of Case Management Conference & Notice to Litigants

3. a. Party served *(specify name of party as shown on documents served):*
      Treeium Inc.

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Registered Agent: Moty Ginsbury

4. Address where the party was served:
   5352 Laurel Canyon Blvd., Ste 200, Valley Village, CA 91607

5. I served the party *(check proper box)*
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*          (2) at *(time):*
   b. [ ] by substituted service. On *(date):*          at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*          from *(city):*          or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Treeium Inc. | 37-2015-00035326 |

5.  c.  [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

 (1) on *(date):* 10/23/15     (2) from *(city):* San Diego

 (3) [✓] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)

 (4) [ ] to an address outside California with return receipt requested.  (Code Civ. Proc., § 415.40.)

 d.  [ ]  **by other means** *(specify means of service and authorizing code section):*

 [ ]  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

 a.  [ ]  as an individual defendant.

 b.  [ ]  as the person sued under the fictitious name of *(specify):*

 c.  [ ]  as occupant.

 d.  [✓]  On behalf of *(specify):*

 under the following Code of Civil Procedure section:

 [ ] 416.10 (corporation)          [ ] 415.95 (business organization, form unknown)
 [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
 [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
 [ ] 416.40 (association or partnership)   [✓] 416.90 (authorized person)
 [ ] 416.50 (public entity)         [ ] 415.46 (occupant)
                       [ ] other:

7.  **Person who served papers**

 a.  Name: Kristin Clover

 b.  Address: 3077 Clairemont Dr., #372, San Diego, CA 92117

 c.  Telephone number: 619-719-9640

 d.  **The fee** for service was: $ 150.00

 e.  I am:

 (1) [✓] not a registered California process server.

 (2) [ ] exempt from registration under Business and Professions Code section 22350(b).

 (3) [ ] a registered California process server:

 (i) [ ] owner [ ] employee [ ] independent contractor.

 (ii) Registration No.:

 (iii) County:

8.  [✓]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

 or

9.  [ ]  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 10/23/15

Kristin Clover
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
                (SIGNATURE)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Anton Ewing<br>3077 Clairemont Dr., #372<br>San Diego, CA 92117<br><br>TELEPHONE NO.: 619-719-9640   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* anton@antonewing.com<br>ATTORNEY FOR *(Name):* Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego
STREET ADDRESS:   330 West Broadway
MAILING ADDRESS:   330 West Broadway
CITY AND ZIP CODE:   San Diego 92101
BRANCH NAME:   Central Division

PLAINTIFF/PETITIONER: Anton Ewing

DEFENDANT/RESPONDENT: United Express Construction, Inc.

| CASE NUMBER: |
|---|
| 37-2015-00035326 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* Notice of Case Management Conference & Notice to Litigants

3. a. Party served *(specify name of party as shown on documents served):*
   United Express Contruction, Inc.

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Registered Agent: Ameer Duyeb

4. Address where the party was served:
   15500 Erwin St., Ste 1001, Van Nuys, CA 91411

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*     (2) at *(time):*
   b. ☐ **by substituted service.** On *(date):*     at *(time):*     I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*     from *(city):*     or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**   Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: United Express Construction, Inc. | 37-2015-00035326 |

5. c. ☑ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):* 10/23/15      (2) from *(city):* San Diego

   (3) ☑ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

     ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☑ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
  a. Name: Kristin Clover
  b. Address: 3077 Clairemont Dr., #372, San Diego, CA 92117
  c. Telephone number: 619-719-9640
  d. **The fee** for service was: $ 150.00
  e. I am:
    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 10/23/15

Kristin Clover
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
(SIGNATURE )

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Anton Ewing<br>3077 Clairemont Dr., #372<br>San Diego, CA 92117<br><br>TELEPHONE NO: 619-719-9640   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* anton@antonewing.com<br>ATTORNEY FOR *(Name):* Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego
STREET ADDRESS:  330 West Broadway
MAILING ADDRESS:  330 West Broadway
CITY AND ZIP CODE:  San Diego 92101
BRANCH NAME:  Central Division

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Smart Energy Solar, Inc. | 37-2015-00035326 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:
    a.  [✓]  summons
    b.  [✓]  complaint
    c.  [✓]  Alternative Dispute Resolution (ADR) package
    d.  [✓]  Civil Case Cover Sheet *(served in complex cases only)*
    e.  [ ]  cross-complaint
    f.  [✓]  other *(specify documents):* Notice of Case Management Conference & Notice to Litigants

3.  a.  Party served *(specify name of party as shown on documents served):*
        Smart Energy Solar, Inc.

    b.  [✓]  Person *(other than the party in item 3a)* served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
        Registered Agent:  Raymond Babaian

4.  Address where the party was served:
    9333 Fairway View Pl, Ste 200, Rancho Cucamonga, CA 91730

5.  I served the party *(check proper box)*
    a.  [ ]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):*   (2) at *(time):*
    b.  [ ]  **by substituted service.** On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

        (1)  [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2)  [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3)  [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4)  [ ]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   **or** [ ] a declaration of mailing is attached.

        (5)  [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Smart Energy Solar, Inc. | 37-2015-00035326 |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* 10/23/15     (2) from *(city):* San Diego

    (3) [✓] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. [ ] as an individual defendant.

  b. [ ] as the person sued under the fictitious name of *(specify):*

  c. [ ] as occupant.

  d. [✓] On behalf of *(specify):*

    under the following Code of Civil Procedure section:

| | |
|---|---|
| [ ] 416.10 (corporation) | [ ] 415.95 (business organization, form unknown) |
| [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
| [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
| [ ] 416.40 (association or partnership) | [✓] 416.90 (authorized person) |
| [ ] 416.50 (public entity) | [ ] 415.46 (occupant) |
| | [ ] other: |

7. **Person who served papers**

  a. Name: Kristin Clover

  b. Address: 3077 Clairemont Dr., #372, San Diego, CA 92117

  c. Telephone number: 619-719-9640

  d. **The fee** for service was: $ 150.00

  e. I am:

    (1) [✓] not a registered California process server.

    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).

    (3) [ ] a registered California process server:

      (i) [ ] owner [ ] employee [ ] independent contractor.

      (ii) Registration No.:

      (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 10/23/15

Kristin Clover     ▶     _____
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Anton Ewing<br>3077 Clairemont Dr., #372<br>San Diego. CA 92117<br><br>TELEPHONE NO.: 619-719-9640   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: anton@antonewing.com<br>ATTORNEY FOR *(Name)*: Pro Per | *FOR COURT USE ONLY* |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego |
|---|
| STREET ADDRESS:   330 West Broadway |
| MAILING ADDRESS:   330 West Broadway |
| CITY AND ZIP CODE:   San Diego 92101 |
| BRANCH NAME:   Central Division |

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Image Home Design, Inc. | 37-2015-00035326 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: Notice of Case Management Conference & Notice to Litigants

3. a. Party served *(specify name of party as shown on documents served)*:
      Image Home Design, Inc.

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Registered Agent: Jacob Sherf

4. Address where the party was served:
   20335 Ventura Blvd., Ste 422, Woodland Hills, CA 91364
5. I served the party *(check proper box)*
   a. ☐ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:
   b. ☐ by substituted service. On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Image Home Design, Inc. | 37-2015-00035326 |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on (date): 10/23/15      (2) from (city): San Diego

(3) [✓] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

(4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [✓] On behalf of *(specify):*
      under the following Code of Civil Procedure section:

| | |
|---|---|
| [ ] 416.10 (corporation) | [ ] 415.95 (business organization, form unknown) |
| [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
| [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
| [ ] 416.40 (association or partnership) | [✓] 416.90 (authorized person) |
| [ ] 416.50 (public entity) | [ ] 415.46 (occupant) |
| | [ ] other: |

7. **Person who served papers**
   a. Name: Kristin Clover
   b. Address: 3077 Clairemont Dr., #372, San Diego, CA 92117
   c. Telephone number: 619-719-9640
   d. **The fee** for service was: $ 150.00
   e. I am:
      (1) [✓] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner [ ] employee [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 10/23/15

Kristin Clover
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
(SIGNATURE )

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Anton Ewing<br>3077 Clairemont Dr., #372<br>San Diego, CA 92117<br><br>TELEPHONE NO.: 619-719-9640   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* anton@antonewing.com<br>ATTORNEY FOR *(Name):* Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego
STREET ADDRESS:  330 West Broadway
MAILING ADDRESS:  330 West Broadway
CITY AND ZIP CODE:  San Diego 92101
BRANCH NAME:  Central Division

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER:<br>37-2015-00035326 |
|---|---|
| DEFENDANT/RESPONDENT: A1 Solar Power, LLC | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Notice of Case Management Conference & Notice to Litigants

3. a. Party served *(specify name of party as shown on documents served):*
      A1 Solar Power, LLC

   b. [✓] Person *(other than the party in item 3a)* served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Registered Agent: Or Bytton

4. Address where the party was served:
   15025 Oxnard St., Ste 200, Van Nuys, CA 91411

5. I served the party *(check proper box)*
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*        (2) at *(time):*
   b. [ ] by substituted service. On *(date):*        at *(time):*        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*        from *(city):*        or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 (Rev. January 1, 2007) | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: A1 Solar Power, LLC | 37-2015-00035326 |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*: 10/23/15     (2) from *(city)*: San Diego

    (3) [✓] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify)*:
  c. [ ] as occupant.
  d. [✓] On behalf of *(specify)*:
    under the following Code of Civil Procedure section:

    [ ] 416.10 (corporation)     [ ] 415.95 (business organization, form unknown)
    [ ] 416.20 (defunct corporation)     [ ] 416.60 (minor)
    [ ] 416.30 (joint stock company/association)     [ ] 416.70 (ward or conservatee)
    [ ] 416.40 (association or partnership)     [✓] 416.90 (authorized person)
    [ ] 416.50 (public entity)     [ ] 415.46 (occupant)
                                 [ ] other:

7. **Person who served papers**
  a. Name: Kristin Clover
  b. Address: 3077 Clairemont Dr., #372, San Diego, CA 92117
  c. Telephone number: 619-719-9640
  d. **The fee for service was:** $ 150.00
  e. I am:

    (1) [✓] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] a registered California process server:
      (i) [ ] owner [ ] employee [ ] independent contractor.
      (ii) Registration No.:
      (iii) County:

8. [✓] I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 10/23/15

Kristin Clover
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
                     (SIGNATURE )

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Anton Ewing<br>3077 Clairemont Dr., #372<br>San Diego, CA 92117<br><br>TELEPHONE NO.: 619-719-9640   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* anton@antonewing.com<br>ATTORNEY FOR *(Name):* Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   San Diego
STREET ADDRESS:   330 West Broadway
MAILING ADDRESS:   330 West Broadway
CITY AND ZIP CODE:   San Diego 92101
BRANCH NAME:   Central Division

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER:<br>37-2015-00035326 |
|---|---|
| DEFENDANT/RESPONDENT: A1 Solar Power, Inc. | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* Notice of Case Management Conference & Notice to Litigants

3. a. Party served *(specify name of party as shown on documents served):*
   A1 Solar Power, Inc.

   b. ☑ Person *(other than the party in item 3a)* served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   Registered Agent: David Socher

4. Address where the party was served:
   3443 Golden Gate Way, Ste F, Lafayette, CA 94549

5. I served the party *(check proper box)*
   a. ☐ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*   (2) at *(time):*
   b. ☐ by substituted service. On *(date):*   at *(time):*   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*   from *(city):*   or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: A1 Solar Power, Inc. | 37-2015-00035326 |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* 10/23/15      (2) from *(city):* San Diego

    (3) [✓] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant.
  d. [✓] On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    [ ] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
    [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
    [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
    [ ] 416.40 (association or partnership)      [✓] 416.90 (authorized person)
    [ ] 416.50 (public entity)      [✓] 415.46 (occupant)
                                 [ ] other:

7. **Person who served papers**
  a. Name: Kristin Clover
  b. Address: 3077 Clairemont Dr., #372, San Diego, CA 92117
  c. Telephone number: 619-719-9640
  d. **The fee** for service was: $ 150.00
  e. I am:
    (1) [✓] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] a registered California process server:
      (i) [ ] owner [ ] employee [ ] independent contractor.
      (ii) Registration No.:
      (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 10/23/15

Kristin Clover
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)               (SIGNATURE)

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| : | | | | |
| : | | | | |
| Telephone No: | | | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| SAN DIEGO COUNTY SUPERIOR COURT | | | | |
| Plaintiff: ANTON EWING | | | | |
| Defendant: A 1 SOLAR POWER, INC., et al. | | | | |

| **PROOF OF SERVICE** **SUMMONS & COMPLAINT,** | Hearing Date: | Time: | Dept/Div: | Case Number: 37-2015-00035326-CU-BT-CTL |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS (AND) COMPLAINT,

3. a. *Party served:*         A 1 SOLAR POWER, INC., A CALIFORNIA CORPORATION –
   b. *Person served:*      DAVID SOCHER, AGENT FOR SERVICE

4. *Address where the party was served:*     3443 GOLDEN GATE WAY
                                         SUITE F
                                         Lafayette, CA 94549

5. *I served the party:*
   **a. by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive
   process for the party (1) on: Wed., Dec. 09, 2015 (2) at: 12:55PM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:*   A 1 SOLAR POWER, INC., A CALIFORNIA CORPORATION
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DAMON PULIDO                        d. *The Fee for Service was:*
   **b. KRISTIN L CLOVER**              e. I am: (3) registered California process server
     3077 CLAIREMONT DRIVE                *(i)*   Independent Contractor
     #372                                      *(ii)*   *Registration No.:*     849
     SAN DIEGO, CA 92117                 *(iii)*   *County:*             Contra Costa
   c. 618-534-4208                         *(iv)*   *Expiration Date:*     Thu, Nov. 02, 2017

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Wed, Dec. 09, 2015*

Judicial Council Form POS-010                  **PROOF OF SERVICE**              (DAMON PULIDO)
Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT,

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> **Anton Ewing** <br> 3077 Clairemont Dr., #372 <br> San Diego, CA 92117 <br><br> TELEPHONE NO.: 619-719-9640    FAX NO. *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: anton@antonewing.com <br> ATTORNEY FOR *(Name)*: Pro Per | FOR COURT USE ONLY |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego <br> STREET ADDRESS: 330 West Broadway <br> MAILING ADDRESS: 330 West Broadway <br> CITY AND ZIP CODE: San Diego 92101 <br> BRANCH NAME: Central Division |
|---|

| PLAINTIFF/PETITIONER: Anton Ewing <br><br> DEFENDANT/RESPONDENT: A1 Solar Power, Inc. | CASE NUMBER: <br> 37-2015-00035326 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓]  summons
   b. [✓]  complaint
   c. [✓]  Alternative Dispute Resolution (ADR) package
   d. [✓]  Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ]  cross-complaint
   f. [✓]  other *(specify documents)*:  Notice of Case Management Conference & Notice to Litigants

3. a. Party served *(specify name of party as shown on documents served)*:
   LEOBARDO JOAQUIN BAUTISTA aka BAUTISTA LEO JOAQUIN

   b. [ ]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   SMART ENERGY SOLAR, INC. - 920 S Andreasen Dr #104, Escondido, CA 92029(place of work)

5. I served the party *(check proper box)*
   a. [✓]  by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 12/3/15      (2) at *(time)*: 3:15pm
   b. [ ]  by substituted service. On *(date)*:      at *(time)*:      I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ]  (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ]  (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ]  (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:      from *(city)*:      or [ ]  a declaration of mailing is attached.

   (5) [ ]  I attach a declaration of diligence stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| | |
|---|---|
| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
| DEFENDANT/RESPONDENT: A1 Solar Power, Inc. | 37-2015-00035326 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                             (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☑ **by other means** *(specify means of service and authorizing code section)*:

    Code Civ. Proc., Section 415.20

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify)*:

  c. ☐ as occupant.

  d. ☑ On behalf of *(specify)*:

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☑ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☑ other: 415.20 |

7. **Person who served papers**

  a. Name: Kristin Clover

  b. Address: 3077 Clairemont Dr., #372, San Diego, CA 92117

  c. Telephone number: 619-719-9640

  d. The fee for service was: $150.00

  e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☑ a registered California process server:

      (i) ☐ owner ☐ employee ☑ independent contractor.

      (ii) Registration No.: 3105

      (iii) County: San Diego

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 12/3/15

Kristin Clover
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)           (SIGNATURE)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Anton Ewing
3077 Clairemont Dr., #372
San Diego, CA 92117

TELEPHONE NO.: 619-719-9640   FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):* anton@antonewing.com
ATTORNEY FOR *(Name):* Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego 92101
BRANCH NAME: Central Division

PLAINTIFF/PETITIONER: Anton Ewing

DEFENDANT/RESPONDENT: A1 Solar Power, Inc.

CASE NUMBER:
37-2015-00035326

Ref. No. or File No.:

PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ✓ Alternative Dispute Resolution (ADR) package
   d. ✓ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✓ other *(specify documents):* Notice of Case Management Conference & Notice to Litigants

3. a. Party served *(specify name of party as shown on documents served):*
      DAVID MALKA

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 32.6a
   A1 Solar Power, Inc. - 8515 Arjons Dr, San Diego, CA 92126 (place of work) Vanessa, Mgr

5. I served the party *(check proper box)*
   a. ✓ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 12/3/15    (2) at *(time):* 3:43pm
   b. ☐ by substituted service. On *(date):*         at *(time):*         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*         from *(city):*         or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: A1 Solar Power, Inc. | 37-2015-00035326 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*            (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☑ **by other means** *(specify means of service and authorizing code section):*

    Code Civ. Proc., Section 415.20

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☑ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☑ other: 415.20 |

7. **Person who served papers**
  a. Name: Kristin Clover
  b. Address: 3077 Clairemont Dr., #372, San Diego, CA 92117
  c. Telephone number: 619-719-9640
  d. The fee for service was: $ 150.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☐ owner ☐ employee ☑ independent contractor.
      (ii) Registration No.: 3105
      (iii) County: San Diego

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 12/3/15

Kristin Clover
<br>(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)           (SIGNATURE)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Anton Ewing<br>3077 Clairemont Dr., #372<br>San Diego, CA 92117<br><br>TELEPHONE NO.: 619-719-9640    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* anton@antonewing.com<br>ATTORNEY FOR *(Name):* Pro Per | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego
STREET ADDRESS:  330 West Broadway
MAILING ADDRESS:  330 West Broadway
CITY AND ZIP CODE:  San Diego 92101
BRANCH NAME:  Central Division

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: A1 Solar Power, Inc. | 37-2015-00035326 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:

    a.  [✓]  summons

    b.  [✓]  complaint

    c.  [✓]  Alternative Dispute Resolution (ADR) package

    d.  [✓]  Civil Case Cover Sheet *(served in complex cases only)*

    e.  [ ]  cross-complaint

    f.  [✓]  other *(specify documents):* Notice of Case Management Conference & Notice to Litigants

3.  a.  Party served *(specify name of party as shown on documents served):*
    PATRICK DETCHMAN

    b.  [ ]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4.  Address where the party was served:   SeCa
    A1 Solar Power, Inc. - 8515 Arjons Dr, San Diego, CA 92126 (place of work)  Vanessa, Mgr

5.  I served the party *(check proper box)*

    a.  [✓]  by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 12/3/15     (2) at *(time):* 3:43pm

    b.  [ ]  by substituted service. On *(date):*          at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

        (1)  [ ]  (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2)  [ ]  (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3)  [ ]  (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4)  [ ]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*          from *(city):*          or [ ] a declaration of mailing is attached.

        (5)  [ ]  I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: A1 Solar Power, Inc. | 37-2015-00035326 |

5.  c.  ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*                                    (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d.  ☑  **by other means** *(specify means of service and authorizing code section):*

Code Civ. Proc., Section 415.20

☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
a.  ☐ as an individual defendant
b.  ☐ as the person sued under the fictitious name of *(specify):*
c.  ☐ as occupant.
d.  ☑ On behalf of *(specify):*
under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☑ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☑ other: 415.20 |

7.  **Person who served papers**
a.  Name: Kristin Clover
b.  Address: 3077 Clairemont Dr., #372, San Diego, CA 92117
c.  Telephone number: 619-719-9640
d.  The fee for service was: $ 150.00
e.  I am:

(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☑ a registered California process server:
(i) ☐ owner ☐ employee ☑ independent contractor.
(ii) Registration No.: 3105
(iii) County: San Diego

8.  ☑  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9.  ☐  I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 12/3/15

Kristin Clover
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Anton Ewing<br>3077 Clairemont Dr., #372<br>San Diego, CA 92117 | |

TELEPHONE NO.: 619-719-9640        FAX NO. (Optional):

E-MAIL ADDRESS (Optional): anton@antonewing.com

ATTORNEY FOR (Name): Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego 92101
BRANCH NAME: Central Division

| | CASE NUMBER: |
|---|---|
| PLAINTIFF/PETITIONER: Anton Ewing | 37-2015-00035326 |
| DEFENDANT/RESPONDENT: A1 Solar Power, inc. | Ref. No. or File No.: |

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☑ summons

   b. ☑ complaint

   c. ☑ Alternative Dispute Resolution (ADR) package

   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*

   e. ☐ cross-complaint

   f. ☑ other *(specify documents):* Notice of Case Management Conference & Notice to Litigants

3. a. Party served *(specify name of party as shown on documents served):*
   SHARAGA AGAM

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
      under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Vanessa, Mgr

4. Address where the party was served: Sec
   A1 Solar Power, Inc. - 8515 Arjons Dr, San Diego, CA 92126 (place of work)

5. I served the party *(check proper box)*

   a. ☑ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to
      receive service of process for the party (1) on *(date):* 12/3/15        (2) at *(time):* 3:43

   b. ☐ by substituted service. On *(date):*        at *(time):*        I left the documents listed in item 2 with or
      in the presence of (name and title or relationship to person indicated in item 3):

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: A1 Solar Power, Inc. | 37-2015-00035326 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                    (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☑ **by other means** *(specify means of service and authorizing code section):*

    Code Civ. Proc., Section 415.20

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☑ On behalf of *(specify):*

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☑ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☑ other: 415.20 |

7. **Person who served papers**

  a. Name: Kristin Clover

  b. Address: 3077 Clairemont Dr., #372, San Diego, CA 92117

  c. Telephone number: 619-719-9640

  d. The fee for service was: $ 150.00

  e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☑ a registered California process server:

      (i) ☐ owner ☐ employee ☑ independent contractor.

      (ii) Registration No. 3105

      (iii) County: San Diego

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 12/3/15

Kristin Clover
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▷ _____
(SIGNATURE)

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Anton Ewing<br>3077 Clairemont Dr., #372<br>San Diego, CA 92117<br><br>TELEPHONE NO.: 619-719-9640   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: anton@antonewing.com<br>ATTORNEY FOR *(Name)*: Pro Per | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego
STREET ADDRESS:     330 West Broadway
MAILING ADDRESS:    330 West Broadway
CITY AND ZIP CODE:  San Diego 92101
BRANCH NAME:        Central Division

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: A1 Solar Power, Inc. | 37-2015-00035326 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.   At the time of service I was at least 18 years of age and not a party to this action.

2.   I served copies of:

   a.   [✓]   summons

   b.   [✓]   complaint

   c.   [✓]   Alternative Dispute Resolution (ADR) package

   d.   [✓]   Civil Case Cover Sheet *(served in complex cases only)*

   e.   [ ]   cross-complaint

   f.   [✓]   other *(specify documents)*: Notice of Case Management Conference & Notice to Litigants

3.   a.   Party served *(specify name of party as shown on documents served)*:
       MOTY GINSBURG

   b.   [ ]   Person *(other than the party in item 3a)* served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4.   Address where the party was served:
      TREEIUM INC.  6440 Lusk Boulevard ,Suite D-209, San Diego, CA 92121(place of work) — Calivirde

5.   I served the party *(check proper box)*

   a.   [✓]   by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: 12/3/15     (2) at *(time)*: 4:00p

   b.   [ ]   by substituted service. On *(date)*:          at *(time)*:          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

         (1)   [ ]   (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

         (2)   [ ]   (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

         (3)   [ ]   (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

         (4)   [ ]   I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:          from *(city)*:          or [ ] a declaration of mailing is attached.

         (5)   [ ]   I attach a declaration of diligence stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: Anton Ewing | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: A1 Solar Power, Inc. | 37-2015-00035326 |

5. c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*               (2) from *(city):*

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [✓] **by other means** *(specify means of service and authorizing code section):*

    Code Civ. Proc., Section 415.20

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. [ ] as an individual defendant.

  b. [ ] as the person sued under the fictitious name of *(specify):*

  c. [ ] as occupant.

  d. [✓] On behalf of *(specify):*

    under the following Code of Civil Procedure section:

|  |  |
|---|---|
| [ ] 416.10 (corporation) | [ ] 415.95 (business organization, form unknown) |
| [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
| [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
| [ ] 416.40 (association or partnership) | [✓] 416.90 (authorized person) |
| [ ] 416.50 (public entity) | [ ] 415.46 (occupant) |
|  | [✓] other: 415.20 |

7. **Person who served papers**

  a. Name: Kristin Clover

  b. Address: 3077 Clairemont Dr., #372, San Diego, CA 92117

  c. Telephone number: 619-719-9640

  d. The fee for service was: $ 150.00

  e. I am:

    (1) [ ] not a registered California process server.

    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).

    (3) [✓] a registered California process server:

      (i) [ ] owner [ ] employee [✓] independent contractor.

      (ii) Registration No.: 3105

      (iii) County: San Diego

8. [✓] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 12/3/15

Kristin Clover
  (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(signature)*
  (SIGNATURE)