# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING, | CASE NO. 16cv383-LAB (RBB) |
| Plaintiff, | **REMAND ORDER** |
| vs. | |
| A1 SOLAR POWER, INC., et al., | |
| Defendants. | |

A1 Solar Power, Inc., David Malkma, Shraga Agam, and Patrick Detchman removed this case to federal court. (Docket no. 1.) Then Anton Ewing moved to remand it to state court. (Docket no. 19.) The parties that initially removed the case filed a non-opposition to Ewing's motion. (Docket no. 26.) And the other defendants didn't respond to it. Thus, Ewing's unopposed motion to remand is **GRANTED**.

**IT IS SO ORDERED**.

DATED: April 29, 2016

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -

16cv383